UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Winston White

Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21-CR-420(JJM)( )

Defendant __Winston White__ hereby voluntarily consents to participate in the following proceeding via __✓__ videoconferencing or __✓__ teleconferencing:

___ Initial Appearance Before a Judicial Officer

__✓__ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

_Winston White //19_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Winston White_
Print Defendant's Name

_[signature]_
Defendant's Counsel's Signature

_Patrick Joyce_
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_7-16-2021_
Date

_Judith C. McCarthy_
U.S. District Judge/U.S. Magistrate Judge