UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-

WINSTON WHITE

                Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21-CR-420(PMH)

Defendant __WINSTON WHITE__ hereby voluntarily consents to participate in the following proceeding via ✓ videoconferencing or ✓ teleconferencing:

___ Initial Appearance Before a Judicial Officer

✓ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

✓ Conference Before a Judicial Officer

__Winston White /l/p__
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__Winston White__
Print Defendant's Name

__[signature]__
Defendant's Counsel's Signature

__Patrick Joyce__
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

__8/3/2021__
Date

__[signature]__
U.S. District Judge/~~U.S. Magistrate Judge~~