**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

> Application granted. The protective order will be separately docketed.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         August 4, 2021

**BY ECF & EMAIL**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

     Re:     *United States v. Winston White, a/k/a "Wins," * 21 Cr. 420 (PMH)

Dear Judge Halpern:

     Attached please find a proposed protective order regarding discovery in the above-captioned case, which the parties have consented to and electronically signed, and respectfully request that the Court enter.

                                      Respectfully submitted,

                                      AUDREY STRAUSS
                                      United States Attorney

                 By:     /s/ Stephanie Simon_____
                           Stephanie Simon
                           Assistant United States Attorney
                           Tel: (914) 993-1920

Cc:     Patrick Joyce, Esq.