UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
  UNITED STATES OF AMERICA,

                                                  **ORDER**

v.

                                                21-CR-00420 (PMH)

  WINSTON WHITE,

                      Defendant.
-----------------------------------------------------------X
PHILIP M. HALPERN, United States District Judge:

      On August 26, 2024, Defendant Winston White filed a *pro se* motion for compassionate release pursuant to 18 U.S.C. § 3582(c). To date, no response from the Government has been received.

      Accordingly, should the Government be so advised, it shall file a response to Defendant's motion by October 11, 2024. Defendant may thereafter file a reply within thirty days from the date he is served with the Government's response, if any.

      The Government is directed to mail a copy of this Order to Defendant and file proof of such service.

                                                **SO ORDERED:**

Dated: White Plains, New York
          September 24, 2024

                                          _____
                                          Philip M. Halpern
                                          United States District Judge